IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

COURTNEY HENDERSON,

       Appellant,

v.

       Case No.  5D22-864
       LT Case No. 2021-CT-40895

STATE OF FLORIDA,

       Appellee.
_____/

Decision filed September 6, 2022

Appeal from the County Court
for Brevard County,
Judith E. Atkin, Judge.

Matthew J. Metz, Public Defender,
and Darnelle P. Lawshe, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Richard A. Pallas,
Jr., Assistant Attorney General,
Daytona Beach, for Appellee.

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.